JOHN DORCIC, Respondent, et al., Plaintiffs, v. DONALD B. MOORE et al., Defendants, and DINKO DORCIC, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

RAY GIANELLI et al., Respondents, v. PINECREST REALTY CORP., Appellant, et al., Defendants. RAYMOND SCHIFF et al., Respondents.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.